UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Richard H. Redman,
    Petitioner,
v                            Case No. 15-cv-353-jdp
Michael Meisner,
    Respondant.

## NOTICE OF APPEAL

Notice is hereby given that Richard H. Redman, Petioner in the above-named case, hereby appeals the United States District Court for the Western District of Wisconsin's ruling and judgment that was entered on 11/7/2018.

Petitioner understands that a motion is needed to support this notice, and will file one within the thirty day deadline. " Notice of appeal does not give reasons, and a silent document rarely constitutes a substantial showing of anything." West v Schneiter, 485 F.3d 393 (7th Cir. 2007).

Dated 18 November 2018.

Signed: *Richard Redman*

Richard H. Redman, pro se
P.O. Box 925
Redgranite, WI 54970

CERTIFICATION OF MAILING

I certify that this motion was deposited in the United States mail for delivery to the Clerk of Court by first class mail, on 18 November 2018. I further certify that the motion was correctly addressed and postage was pre-paid.

Date: 11-18-18

Signed: *Richard Redman*